Sarah A. Marsey (SBN 297911)
sarah.marsey@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: 415.743.6900
Facsimile: 415.743.6910

J. Matthew Donohue (*pro hac vice forthcoming*)
matt.donohue@hklaw.com
Shannon Armstrong (*pro hac vice forthcoming*)
shannon.armstrong@hklaw.com
HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY N. KAY, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COPPER CANE, LLC d/b/a COPPER CANE WINES & PROVISIONS, a California corporation,<br><br>　　　　Defendant. | Case No.: 3:20-cv-04068-RS<br><br>**JOINT STIPULATION REQUESTING AN EXTENSION OF ALL DEADLINES, INCLUDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; ORDER AS MODIFIED BY THE COURT**<br><br>[Fed. R. Civ. P. 6(b)(1)(A)]<br><br>Judge: The Honorable Richard Seeborg<br>Action Filed: June 18, 2020 |

Pursuant to Local Rule 6-1(b), the parties to this action, by and through their respective Counsel, stipulate and jointly request that this Court extend all pre-trial deadlines, including the deadline for Defendant to respond to the complaint, by at least 45 days, or as soon thereafter as is convenient to the Court.

The parties are investigating the allegations in the complaint and are in the midst of negotiations that may prevent any further action in this matter. As a result, the parties request additional time for Defendant to prepare and file its response to the complaint to avoid unnecessary expenditure of this Court's time or the parties' resources.

No previous extensions of time have been sought in this matter by either party. The only effect of this extension will be to move the Rule 16 conference. The parties anticipate no other effects.

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Response to Complaint | August 24, 2020 | October 8, 2020 |
| ADR Certification | September 1, 2020 | October 16, 2020 |
| Case Management Statement | September 17, 2020 | November 5, 2020 |
| Initial Case Management Conference | September 24, 2020 | November 12, 2020 |

IT IS SO STIPULATED.

Dated: August 20, 2020                HOLLAND & KNIGHT LLP

By: /s/ Sarah A. Marsey
Sarah A. Marsey
Attorneys for Defendant

Dated: August 20, 2020                CARLSON LYNCH LLP

By: /s/ Sarah A. Marsey  on behalf of
Edwin J. Kilpela
James P. McGraw
Todd D. Carpenter
Attorneys for Plaintiff

///

-1-
JOINT STIPULATION REQUESTING AN EXTENSION OF ALL DEADLINES,
INCLUDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; ORDER

Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Tel: 415.743.6900 Fax: 415.743.6910

**SIGNATURE ATTESTATION**

Pursuant to Northern District of California, Civil Local Rule 5-1(i)(3), the undersigned hereby attests that concurrence in the filing of the present Joint Stipulation has been obtained from each of the other signatories. The undersigned shall maintain records to support this concurrence for subsequent production for the Court, if so ordered, or for inspection upon request by a party, until one year after the final resolution of the action (including appeal, if any).

Respectfully submitted,

DATED:  August 20, 2020          HOLLAND & KNIGHT LLP

*/s/ Sarah A. Marsey*
Sarah A. Marsey (SBN 297911)
Attorney for Defendant

**ORDER**

The Court having reviewed the foregoing Joint Stipulation and good cause appearing therefore:

IT IS HEREBY ORDERED that all pretrial deadlines are extended by 45 days. Defendant's deadline to respond to the Complaint is extended from August 24, 2020 to October 8, 2020. Initial Case Management Conference continued to **November 12, 2020 at 10:00 am** to be held telephonic.  All parties shall appear telephonically and must contact Court Conference at (866) 582-6878 at least one week prior to the Conference to arrange their participation.

IT IS SO ORDERED:

Date: August 20, 2020

UNITED STATES DISTRICT COURT JUDG

-2-
JOINT STIPULATION REQUESTING AN EXTENSION OF ALL DEADLINES, INCLUDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; ORDER