Sarah A. Marsey (SBN 297911)
sarah.marsey@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: 415.743.6900
Facsimile: 415.743.6910

J. Matthew Donohue (*pro hac vice forthcoming*)
matt.donohue@hklaw.com
Shannon Armstrong (*pro hac vice forthcoming*)
shannon.armstrong@hklaw.com
HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY N. KAY & BRYAN J. DODGE, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COPPER CANE, LLC d/b/a COPPER CANE WINES & PROVISIONS, a California corporation,<br><br>Defendant. | Case No.: 3:20-cv-04068-RS<br><br>**JOINT STIPULATION REQUESTING EXTENSION OF INITIAL CASE MANAGEMENT DEADLINES; ORDER AS MODIFIED BY THE COURT**<br><br>[Fed. R. Civ. P. 6(b)(1)(A)]<br><br>Judge: The Honorable Richard Seeborg<br>Action Filed: June 18, 2020 |

Pursuant to Local Rule 6-1(b), the parties to this action, by and through their respective Counsel, stipulate and jointly request that this Court extend certain pre-trial deadlines by at least 60 days, or as soon thereafter as is convenient to the Court.

On October 8, 2020, Plaintiffs filed their First Amended Complaint ("FAC"), and Defendant's response is due October 22, 2020. ECF No. 15. Defendant will respond to the complaint on its due date with a motion to dismiss ("MTD"). The parties request additional time to conduct and prepare their submissions to the initial case management deadlines currently set in this matter in light of the forthcoming MTD, and request an extension of 60 days.

One previous extension of time has been jointly sought and granted in this matter regarding deadlines related to the original complaint. The parties previously requested an extension of all pre-trial deadlines, including Defendant's deadline to respond to the original complaint, which the Court granted on August 20, 2020. ECF No. 14. No previous extensions have been sought based on the FAC. The only effect of this extension will be to move the Rule 16 conference and its related deadlines. The parties anticipate no other effects.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Response to FAC | October 22, 2020 | Does Not Change |
| ADR Certification | October 16, 2020 | December 15, 2020 |
| Case Management Statement | November 5, 2020 | January 14, 2021 |
| Initial Case Management Conference | November 12, 2020 | January 21, 2021 |

IT IS SO STIPULATED.

//

//

//

//

//

//

//

JOINT STIPULATION REQUESTING EXTENSION OF INITIAL CASE MANAGEMENT DEADLINES; [PROPOSED ORDER]

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900
Fax: (415) 743-6910

| | |
|---|---|
| Dated: October 20, 2020 | HOLLAND & KNIGHT LLP |
| | By: _____<br>Sarah A. Marsey<br>Attorneys for Defendant |
| Dated: October 20, 2020 | CARLSON LYNCH LLP |
| | By: *s/Edwin J. Kilpela*<br>Edwin J. Kilpela<br>James P. McGraw<br>Todd D. Carpenter<br>Attorneys for Plaintiffs |

**SIGNATURE ATTESTATION**

Pursuant to Northern District of California, Civil Local Rule 5-1(i)(3), the undersigned hereby attests that concurrence in the filing of the present Joint Stipulation has been obtained from each of the other signatories. The undersigned shall maintain records to support this concurrence for subsequent production for the Court, if so ordered, or for inspection upon request by a party, until one year after the final resolution of the action (including appeal, if any).

Respectfully submitted,

DATED:  October 20, 2020           HOLLAND & KNIGHT LLP


                                   _____
                                   Sarah A. Marsey (SBN 297911)
                                   Attorney for Defendant

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900
Fax: (415) 743-6910

**ORDER**

The Court having reviewed the foregoing Joint Stipulation and good cause appearing therefore:

IT IS HEREBY ORDERED that the ADR Certification deadline is continued to December 15, 2020; the Parties' Initial Case Management Statement is due January 14, 2021; and the Initial Case Management Conference is continued to January 21, 2021. All parties shall appear telephonically and must contact Court Conference at (866) 582-6878 at least one week prior to the Conference to arrange their participation.

IT IS SO ORDERED:

Date: 10/20/2020

_____
UNITED STATES DISTRICT COURT JUDGE

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900
Fax: (415) 743-6910

-3-
JOINT STIPULATION REQUESTING EXTENSION OF INITIAL CASE MANAGEMENT DEADLINES; [PROPOSED ORDER]