# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY N. KAY & BRYAN J. DODGE, JR., individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COPPER CANE, LLC d/b/a COPPER CANE WINES & PROVISIONS, a California corporation,<br><br>　　　　　Defendant. | Case No.: 3:20-cv-04068-RS<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING ALL DEADLINES TO BE STAYED FOR 90 DAYS**<br><br>Judge: The Honorable Richard Seeborg |

The Court having reviewed the foregoing Joint Stipulation and good cause appearing therefore:

IT IS HEREBY ORDERED that all deadlines in this case are stayed for ninety (90) days from the date of this order. On or before expiration of the ninety (90) day stay, the parties will submit a status report to the Court and, if necessary, jointly request new deadlines for all events stayed by this order.

IT IS SO ORDERED.

Date: November 12, 2020

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HON. RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE