UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY N. KAY & BRYAN J. DODGE, JR., individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>COPPER CANE, LLC d/b/a COPPER CANE WINES & PROVISIONS, a California corporation,<br><br>   Defendant. | Case No.: 3:20-cv-04068-RS<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING CONTINUATION OF MOTION HEARING ON MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE** |

Upon consideration of the Joint Stipulation Requesting Continuation of Motion Hearing on Motion to Dismiss and Initial Case Management Conference (the "Stipulation"), and for good cause shown, the Court hereby rules as follows:

1. The Stipulation is GRANTED; and

2. The schedule for the Motion Hearing on Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint ("MTD") and Initial Case Management Conference is modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Motion Hearing on MTD | June 24, 2021 | July 1, 2021 |
| Case Management Statement | July 15, 2021 | 7 days prior to the Initial Case Management Conference |
| Initial Case Management Conference | July 22, 2021 | August 26, 2021 |

1

ORDER GRANTING JOINT STIPULATION REQUESTING CONTINUATION OF MOTION HEARING ON MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE

1  IT IS SO ORDERED.

2  Date: Jun 17, 2021

                                                   _____
3                                                  HON. RICHARD SEEBORG
                                                   UNITED STATES DISTRICT JUDGE

2

ORDER GRANTING JOINT STIPULATION REQUESTING CONTINUATION OF MOTION HEARING ON MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE