J. Matthew Donohue (*admitted pro hac vice*)
matt.donohue@hklaw.com
Shannon Armstrong (*admitted pro hac vice*)
shannon.armstrong@hklaw.com
HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone:  503.243.2300
Facsimile:   503.241.8014

Steven E. Jedlinski (*admitted pro hac vice*)
steven.jedlinski@hklaw.com
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Telephone:  312.263.3600
Facsimile:   312.578.6666

Sarah A. Marsey (SBN 297911)
sarah.marsey@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone:  415.743.6900
Facsimile:   415.743.6910

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY N. KAY & BRYAN J. DODGE, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COPPER CANE, LLC d/b/a COPPER CANE WINES & PROVISIONS, a California corporation,<br><br>Defendant. | Case No.: 3:20-cv-04068-RS<br><br>**ORDER GRANTING JOINT STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>[Fed. R. Civ. P. 6(b)(1)(A)]<br><br>Judge: The Honorable Richard Seeborg<br>Action Filed: June 18, 2020 |

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT

Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA  94111
Tel: 415.743.6900 Fax: 415.743.6910

**ORDER**

The Court having reviewed the foregoing Joint Stipulation and good cause appearing therefore:

IT IS HEREBY ORDERED that Defendant's deadline to respond to Plaintiffs' Second Amended Complaint is continued 14 days.  Defendant's deadline to respond to the Second Amended Complaint is extended from October 4, 2021 to October 18, 2021.

**IT IS SO ORDERED.**

Date: September 27, 2021

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

-1-
[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT