# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY N. KAY & BRYAN J. DODGE, JR., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>COPPER CANE, LLC d/b/a COPPER CANE WINES & PROVISIONS, a California corporation,<br><br>        Defendant. | Case No.: 3:20-cv-04068-RS<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING ADDITIONAL TIME FOR BRIEFING MOTION TO DISMISS**<br><br>Judge: The Honorable Richard Seeborg |

The Court having reviewed the Joint Stipulation, and good cause appearing therefore:

IT IS HEREBY ORDERED that the deadlines related to Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint ("MTD") are extended as set forth below.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Response to MTD | November 15, 2021 | November 29, 2021 |
| Defendant's Reply to MTD | November 22, 2021 | December 6, 2021 |
| Motion Hearing on MTD | December 9, 2021 | January 6, 2022 at 1:30 pm |

Date:   November 12, 2021

                                                  HON. RICHARD SEEBORG
                                                  UNITED STATES DISTRICT JUDGE