J. Matthew Donohue (*admitted pro hac vice*)
matt.donohue@hklaw.com
Shannon Armstrong (*admitted pro hac vice*)
shannon.armstrong@hklaw.com
Charles Weiss (SBN 307333)
charlie.weiss@hklaw.com
HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300
Facsimile: 503.241.8014

Steven E. Jedlinski (*admitted pro hac vice*)
steven.jedlinski@hklaw.com
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Telephone: 312.263.3600
Facsimile: 312.578.6666

Sarah A. Marsey (SBN 297911)
sarah.marsey@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: 415.743.6900
Facsimile: 415.743.6910

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY N. KAY & BRYAN J. DODGE, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COPPER CANE, LLC d/b/a COPPER CANE WINES & PROVISIONS, a California corporation,<br><br>Defendant. | Case No.: 3:20-cv-04068-RS<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING WITHDRAWAL OF COPPER CANE'S MOTION TO DISMISS SECOND AMENDED COMPLAINT AND VACATING HEARING**<br><br>Judge: The Honorable Richard Seeborg<br>Action Filed: June 18, 2020 |

[PROPOSED] ORDER GRANTING STIPULATION REGARDING WITHDRAWAL OF COPPER CANE'S MOTION TO DISMISS SECOND AMENDED COMPLAINT

# ORDER

PURSUANT TO STIPULATION, the Motion to Dismiss or in The Alternative Strike Plaintiffs' Second Amended Complaint filed by Copper Cane, LLC on November 1, 2021 is hereby withdrawn and the January 6, 2022 hearing on that motion is VACATED.   Copper Cane, LLC shall file its Answer to Plaintiffs' Second Amended Complaint by no later than December 13, 2021.

IT IS SO ORDERED.

Date:  November 29, 2021

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA  94111
Tel: 415.743.6900 Fax: 415.743.6910

-1-
[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING WITHDRAWAL OF COPPER CANE'S MOTION TO DISMISS SECOND AMENDED COMPLAINT