**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARRY N. KAY & BRYAN J. DODGE, JR., individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COPPER CANE, LLC d/b/a COPPER CANE WINES & PROVISIONS, a California corporation,<br><br>　　　　　Defendant. | Case No.: 3:20-cv-04068-RS<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Before the Court is the stipulation to dismiss this action with prejudice filed by the Parties.

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

Date:　January 4, 2023

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1
ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE